■ WILLIAM V. CAFFERY, Appellant, v TIME WARNER CABLE, INC., Respondent. [963 NYS2d 891]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered May 1, 2012. The order denied the motion of plaintiff for summary judgment on the issue of liability pursuant to Labor Law § 240 (1).

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Fahey, Sconiers, Valentino and Whalen, JJ.